Joseph E. Caceres, Esq. (SBN 169164)
Charles Shamash, Esq. (SBN 178110)
CACERES & SHAMASH, LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212
Telephone: (310) 205-3400
Facsimile: (310) 878-8308
Email: jec@locs.com

Reorganization Counsel for Debtor and
Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:25-bk-11691-BB |
| | ) |
| CES KIMBERLINA, INC., | ) Chapter 11 |
| | ) |
| | ) **RESPONSE OF CACERES & SHAMASH, LLP TO COURT'S ORDER (i) TO SHOW CAUSE RE CONVERSION, DISMISSAL OR APPOINTMENT OF CHAPTER 11 TRUSTEE AND (ii) CONTINUING STATUS CONFERENCE** |
| | ) |
| | ) Date: August 26, 2026 |
| | ) Time: 11:00 a.m. |
| Debtor and Debtor-in-Possession. | ) Place: Courtroom 1539 |
| | ) 255 E. Temple Street, |
| | ) Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY**

**JUDGE, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

Caceres & Shamash, LLP, Attorney of Record for Debtor and Debtor-In-Possession, hereby submits its *Response to Court's Order (i) to Show Cause re Conversion, Dismissal or Appointment of Chapter 11 Trustee and (ii) Continuing Status Conference* (the "OSC"), as follows:

//

1.    As the Court knows, Caceres & Shamash, LLP ("C&S, LLP") is the attorney of record for the Debtor and Debtor-in-Possession in this case, its employment having been approved by the Court by order entered April 14, 2025 [Doc. # 18].

2.    As the Court has previously been informed, Debtor owns the property located at 16000 Driver Rd., Bakersfield, CA 93308 (the "Driver Rd. Property" or "Property"), which is an almost 37-acre solar power plant/field.  Debtor's principal liability is property tax debt to the Kern County Treasurer/Tax Collector ("Tax Collector") in the alleged amount of approximately $1,043,033.28 (per its filed proof of claim), which Debtor disputed in part.  The case was filed in order to stop the tax auction and allow Debtor an opportunity to deal with this debt.

As also previously reported, to the above ends Debtor placed the Driver Rd. Property up for sale, utilizing Re/Max Gateway as its broker.  Through a sale, Debtor hoped to pay off the tax collector (and other allowed debts) in a lump sum, possibly followed by a motion for dismissal of the case.

3.    At the last status conference in this case on July 15, 2026, Debtor's counsel informed the Court that it had been unable to get in touch with Debtor for several weeks prior to that time, despite multiple communication attempts with Debtor (via email, phone, and text).  For this reason, Counsel was unable to file the required status report prior to that hearing on Debtor's behalf, nor submit required compliance items to the United States Trustee.

4.    As a result of the foregoing, at the July 15, 2026 status conference the Court set the OSC for the above date and time, and ordered a response no later than August 12, 2026.  *See* OSC.

5.    Since the July 15, 2026 status conference, C&S, LLP has made several further attempts to contact Debtor to inform it of the Court's OSC and to try to get this case back on track, but Debtor has still not responded, nor provided necessary information and/or documents to C&S, LLP so as to allow C&S, LLP to prepare a substantive response to the OSC on Debtor's behalf.

6.    For the foregoing reasons, on August 11, 2026 C&S, LLP filed its *Motion for an Order Granting Leave to Withdraw as Counsel of Record for Debtor; Declaration of Charles*

*Shamash in Support Thereof*, pursuant to the procedures of Local Bankruptcy Rules 2091-1 and 9013-1(p) [Doc. # 54].  That Motion is pending before the Court.

Dated: August 11, 2026          CACERES & SHAMASH, LLP

                                    /s/ Joseph E. Caceres

By: _____

Joseph E. Caceres, Esq.
Charles Shamash, Esq.
Reorganization Counsel for Debtor and
Debtor-in-Possession

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 9701 Wilshire Blvd., Suite 1000, Beverly Hills, CA 90212

The foregoing documents described as **Response of Caceres & Shamash, LLP to Court's Order (i) to Show Cause re Conversion, Dismissal or Appointment of Chapter 11 Trustee and (ii) Continuing Status Conference**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.**  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___08/11/2026___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**II.**  **SERVED BY UNITED STATES MAIL**:  On (*date*) ___08/11/2026___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed*.*

CES Kimberlinba, Inc.                                         **ALSO VIA EMAIL to kobeng@steamangroup.com
14051 Paramount Blvd., Suite C
Paramount, CA 90723
Attn:  Kwabena Obeng, President

☐  Service information continued on attached page

**III.**  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  8/11/2026 served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

The Hon. Sheri Bluebond, United States Bankruptcy Judge – Via Overnite Delviery
United States Bankruptcy Court
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 08/11/2026 | Joseph E. Caceres | /s/ Joseph E. Caceres |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# Mailing Information for Case 2:25-bk-11691-BB

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joseph E Caceres**    jec@locs.com, generalbox@locs.com
- **Charles Shamash**    cs@locs.com, generalbox@locs.com
- **David Samuel Shevitz**    David.S.Shevitz@usdoj.gov
- **Brett Stroud**    bstroud@youngwooldridge.com
- **Randall V Sutter**    rsutter@rslawllp.com, jrounds@rslawllp.com,admin@rslawllp.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Caceres & Shamash, LLP**
,

**Fierstadt Law Group, LLP**
,

**Re/Max Gateway**
,

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.